**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6041**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

DIRRLO DELCID,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:06-cr-00495-LMB-2)

Submitted:  March 25, 2008          Decided:  March 31, 2008

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dirrlo Delcid, Appellant Pro Se.  Lawrence Joseph Leiser, Assistant
United States Attorney, James T. Strawley, OFFICE OF THE UNITED
STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dirrlo Delcid appeals the district court's order construing his "motion for sentence adjustment" as a Fed. R. Crim. P. 35 motion for reduction of sentence and denying the motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>United States v. Delcid</u>, No. 1:06-cr-00495-LMB-2 (E.D. Va. filed Nov. 19, 2007; entered Nov. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>